Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
cld@delaneywiles.com

Attorneys for Defendant, Safeway, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHEN YANG, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>SAFEWAY, INC. )<br>)<br>    Defendant. )<br>_____ ) | Case No. 3:09-cv-_____ (_____) |

**NOTICE OF REMOVAL OF CASE FROM STATE COURT**
**(SUPERIOR COURT CASE NO. 3AN-09-4331 CIVIL)**

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA, AND TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the defendant, Safeway, Inc. (hereinafter "Safeway"), contemporaneous with the filing of this Notice, is effectuating the removal of the above referenced action from the Superior Court of the State of Alaska, Third Judicial District, to the United States District Court for the District of Alaska. The removal is based on the following grounds:

1. On or about January 13, 2009, there was filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, the above entitled action, Case No. 3AN-09-4331

Notice of Removal of Case From State Court      Page 1 of 3
Yang v. Safeway      Case No. 3:09-cv-_____ (_____)
Case 3:09-cv-00024-TMB    Document 1    Filed 02/11/09    Page 1 of 3

Civil. A copy of the original complaint and all process, pleadings and other orders required to be included with the notice per 28 USC 1446(a) is attached as **Exhibit A**.

2. Safeway first received notice of the complaint by service via a process server on or about **January 22, 2009**.

3. The United States District Court has jurisdiction over the Superior Court action in this matter, pursuant to 28 U.S.C. § 1332, as one that may be removed under 28 U.S.C. § 1441(a) based on diversity of citizenship, and as meeting all jurisdictional requirements.

4. This notice of removal is timely filed in that it is filed within thirty days of receipt of a copy of the complaint by defendants, which sets out a claim for relief.

5. Safeway is a corporation organized under the laws of the State of California with its principal place of business in California. Its corporate citizenship is California.

6. Plaintiff is a citizen of Alaska.

7. There is complete diversity of citizenship between plaintiff and defendant.

8. The complaint was filed in Alaska Superior Court, which has minimal jurisdiction limits of $100,000, thus meeting the jurisdictional requirements of 28 U.S.C. § 1332(b).

9. Safeway expressly consents to removal of this action.

10. The United States District Court has jurisdiction over the State of Alaska Superior Court action, pursuant to 28 U.S.C. § 1332 as one that may be removed under 28 U.S.C. § 1441 based on diversity of citizenship, and as meeting all jurisdictional requirements.

11. The notice to State Superior Court of the notice of removal is being filed contemporaneously with this notice in federal court.

Notice of Removal of Case From State Court  Page 2 of 3
Yang v. Safeway  Case No. 3:09-cv-_____ (_____)
Case 3:09-cv-00024-TMB   Document 1   Filed 02/11/09   Page 2 of 3

DATED this _____ day of February, 2009, at Anchorage, Alaska.

    DELANEY WILES, INC.
Attorney for Defendant Safeway, Inc.

/s/Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone: 907-279-3581
Fax: 907-277-1331
E-mail: cld@delaneywiles.com
Alaska Bar No. 8310161

**CERTIFICATE OF SERVICE**

I hereby certify that a true and
correct copy of this document
was sent via mail on the 11th
day of February, 2009, to:

  George M. Kapolchok
  George M. Kapolchok Law Offices, LLC
  360 K Street, Suite 100
  Anchorage, AK 99501

/s/Donna I. Charter
152027

Notice of Removal of Case From State Court      Page 3 of 3
Yang v. Safeway      Case No. 3:09-cv-_____ (_____)
Case 3:09-cv-00024-TMB    Document 1    Filed 02/11/09    Page 3 of 3