IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| Sheng Yang, | ) |
|     Plaintiff, | ) |
| vs. | ) |
| Safeway, Inc., | ) Case No. 3AN-09-4331 Civil |
|     Defendant. | ) |

## COMPLAINT

COMES NOW plaintiff Sheng Yang, by and through her attorney, Kapolchok Law Offices, LLC, and for her complaint against defendant, states, alleges and avers as follows:

1.) Plaintiff Sheng Yang lives and works in Anchorage, Alaska, and is in all ways qualified to maintain this action.

2.) Safeway, Inc. is a foreign corporation doing business in the State of Alaska. Safeway owns and operates grocery stores throughout the state. Within these grocery stores, Safeway operates a pharmacy.

3.) Plaintiff injured her shoulder while working at the Alyeska resort and came under the care of Anchorage physician, Dr. Valentz.

4.) Dr. Valentz prescribed certain medications for shoulder pain, primarily Vicodin and Flexeril. Plaintiff and her husband went to the Safeway store on DeBarr Road to fill this new prescription.

Page 1 of 2

5.) The Safeway pharmacy technician misfilled the prescription, giving plaintiff medications which, to this date, are unknown. To this date, defendant has refused to disclose what was dispensed to plaintiff.

6.) Plaintiff's husband, after plaintiff had ingested the misfill, noticed the error and returned to the pharmacy. The misfill was taken from him and he was given the correct medication.

7.) Plaintiff had an adverse reaction to the misfill, suffered nausea and vomiting, was unable to stay awake, and was taken to the Providence emergency department.

Wherefore, plaintiff seeks and prays for the following relief:

a.) that defendant disclose what medications were improperly dispersed to plaintiff.

b.) an award of general and special damages in excess of this court's jurisdictional threshold.

c.) an award of costs, pre judgment interest, and attorney fees.

d.) other relief deemed equitable and appropriate as determined by the court.

DATED this 13th day of January, 2009, in Anchorage, Alaska.

KAPOLCHOK LAW OFFICES, LLC

George M. Kapolchok
Alaska Bar No. 7510071
Attorney for Plaintiff